**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **THOMAS LEVIEN,** et al.<br><br>     v.<br><br>**HIBU PLC,** et al. | **CIVIL ACTION**<br><br>**NO. 19-3239** |

**ORDER RE: MOTION TO DISMISS**

**AND NOW**, this 27th day of July, 2020, upon consideration of Defendants' Motion to Dismiss, (ECF 17), Plaintiffs' Opposition, (ECF 22), Defendants' Reply, (ECF 25), and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Defendants' Motion to Dismiss is **GRANTED**. Plaintiffs' Amended Complaint is **DISMISSED** on grounds of *forum non conveniens* with **PREJUDICE**.

The Clerk of Court is directed to **CLOSE** this matter.

**BY THE COURT:**

**s/ Michael M. Baylson**

_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 19\19-3239 Levien et al v. Hibu PLC\19cv3239 Order re Motion to Dismiss.docx